IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| John Stotesbery,<br><br>*On behalf of himself and those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Muy Pizza-Tejas, LLC, *et al.*,<br><br>Defendants. | Case No. 0:22-cv-01622-KMM-TNL |

### Plaintiff's Motion for Leave to File Third Amended Complaint

Pursuant to Federal Rule of Civil Procedure 15 and L.R. 7.1(b), Plaintiff hereby seeks leave to file his Third Amended Complaint. Plaintiff's Third Amended Complaint adjusts the scope of the FLSA collective class as it relates to James Bodenstedt, the Defendant who was recently added to the case and who recently made his appearance. The proposed FLSA collective class as it relates to James Bodenstedt includes all delivery drivers employed nationwide.

Plaintiff's Motion is not made in bad faith, after undue delay, or with dilatory motive, and will not result in undue prejudice to Defendants. *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962). The case is currently stayed and the parties will submit a new proposed schedule in the event the stay is lifted. Thus, the Court should grant Plaintiff's request.

Plaintiff has conferred with Defendants about the request made herein as required by L.R. 7.1(a). Muy Pizza-Tejas, LLC, Muy Pizza Minnesota, LLC, and James Bodenstedt have

1

stated that they intend to oppose the Motion. Ayvaz Pizza, LLC and Shoukat Dhanani have not responded to state whether they will oppose the Motion, so Plaintiff assumes they will oppose the Motion.

        Respectfully Submitted,

        <u>s/ Andrew Kimble</u>
        Andrew P. Kimble *(pro hac vice)*
        BILLER & KIMBLE, LLC
        8044 Montgomery Rd., Ste. 515
        Cincinnati, OH 45209
        Telephone: (513) 202-0710
        Facsimile: (614) 340-4620
        *akimble@billerkimble.com*

        www.billerkimble.com

        <u>s/ Corey W. Kobbervig</u>
        Corey W. Kobbervig (#0395472)
        KOBBERVIG LAW LLC
        1624 Harmon Pl Ste 300G
        Minneapolis, MN 55403
        Telephone: (651) 357-0111
        *corey@kobberviglaw.com*

        www.KobbervigLaw.com

        *Counsel for Plaintiff and the putative class*

## Certificate of Service

The undersigned hereby certifies that the above document was filed through the Court's ECF system, which will provide notice to all parties.

/s/ *Andrew Kimble*
Andrew Kimble