UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| John Stotesbery,<br><br>*On behalf of himself and those similarly situated*,<br><br>Plaintiff,<br>v.<br><br>Muy Pizza-Tejas, LLC, *et al.*,<br><br>Defendants. | Case No. 0:22-cv-01622-KMM-TNL |

NOTICE OF WITHDRAW OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff hereby withdraws his Motion for Leave to File Amended Complaint (Doc. 194) because Plaintiff and the Muy Defendants (Muy Pizza-Tejas, LLC and James Bodenstedt) have reached a settlement in principle.

Plaintiff's Motion and proposed Amended Complaint only sought to modify the allegations asserted against the Muy Defendants, not his allegations against the other Defendants, Ayvaz Pizza, LLC and Shoukat Dhanani. Since Plaintiff and the Muy Defendants have reached a settlement in principle, Plaintiff withdraws the Motion without prejudice to re-filing at a later date if necessary.

In light of the foregoing, Plaintiff hereby withdraws his Motion for Leave to File Amended Complaint (Doc. 194) and, therefore, asks that the January 26, 2023 hearing be vacated.

1

Respectfully submitted,

*s/ Andrew Kimble*
Andrew R. Biller *(Pro Hac Vice)*
Andrew P. Kimble *(Pro Hac Vice)*
BILLER & KIMBLE, LLC
8044 Montgomery Rd., Ste. 515
Cincinnati, OH 45209
Telephone: (513) 202-0710
Facsimile: (614) 340-4620
*abiller@billerkimble.com*
*akimble@billerkimble.com*
*jscherpenberg@billerkimble.com*

www.billerkimble.com

Corey W. Kobbervig (#0395472)
KOBBERVIG LAW LLC
1624 Harmon Pl Ste 300G
Minneapolis, MN 55403
Telephone: (651) 357-0111
*corey@kobberviglaw.com*

*Counsel for Plaintiff and the putative class*

**Certificate of Service**

I hereby certify that the foregoing was electronically filed on January 19, 2024 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Defendants.

                                              /s/ *Andrew Kimble*
                                              Andrew Kimble