In the United States District Court
For the District of Minnesota

| | |
|---|---|
| John Stotesbery, *On behalf of himself and those similarly situated*, Plaintiffs, v. Muy Pizza-Tejas, LLC, *et al.*, Defendants. | Case No. 0:22-cv-01622-KMM-TNL Judge Katherine M. Menendez Magistrate Judge Tony N. Leung |

Notice of Provisional Consents to Join

Plaintiffs hereby provide notice of the filing of a provisional consent to join form on behalf of putative opt-in plaintiffs John Campos and Hillary Conway. Plaintiffs Campos and Conway worked for the Ayvaz Defendants in Texas.

Plaintiffs Campos and Conway are aware that the current posture of the case does not cover their claims, in light of the Court's Order dismissing claims asserted on behalf of putative class members who worked for Defendants outside of the state of Minnesota. *See* Doc. 58. But, Plaintiffs Campos and Conway are also aware that Plaintiffs have sought reconsideration of the Court's Order reflected in Doc. 58 in light of the Supreme Court's ruling in *Mallory v. Norfolk Southern Ry.*, 143 S.Ct. 2028 (2023). In the event the Court reconsiders the ruling in Doc. 58 and permits delivery drivers who worked for Defendants outside of the state of Minnesota to join this case, they

desire to join the case, and hereby provisionally consent to so joining. Plaintiffs Campos and Conway are filing their consent forms in order to preserve their rights, if any, to join this case.

        Respectfully submitted,

        */s/ Andrew Kimble*
        Andrew R. Biller (*Pro Hac Vice*)
        Andrew P. Kimble (*Pro Hac Vice*)
        Biller & Kimble, LLC
        8044 Montgomery Road, Suite 515
        Cincinnati, OH 45236
        Telephone: (513) 202-0710
        Facsimile: (614) 340-4620
        *abiller@billerkimble.com*
        *akimble@billerkimble.com*

        Corey W. Kobbervig (#0395472)
        Kobbervig Law LLC
        1624 Harmon Pl, Ste. 300G
        Minneapolis, MN 55403
        Telephone: (651) 357-0111
        corey@kobberviglaw.com

        *Counsel for Plaintiff and the putative class*

**Certificate of Service**

I HEREBY CERTIFY that on the 22nd Day of January 2024, a copy of the foregoing was filed electronically. The parties were served through the Court's electronic filing system.

*/s/ Andrew Kimble*
Andrew P. Kimble (*Pro Hac Vice*)
