In the United States District Court
For the District of Minnesota

| | |
|---|---|
| John Stotesbery,<br><br>*On behalf of himself and those similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>MUY Pizza-Tejas, LLC, *et al.*,<br><br>Defendants. | Case No. 0:22-cv-01622-KMM-TNL |

Unopposed Motion for Preliminary Approval of Class and Collective Action Settlement Between Plaintiff and Defendants MUY Pizza-Tejas, LLC, MUY Pizza Minnesota, LLC, and James Bodenstedt

Plaintiff John Stotesbery, on behalf of himself, the Minnesota FLSA opt-in plaintiffs, and the putative class of Minnesota delivery drivers, hereby moves for preliminary approval of the class and collective action settlement he has reached with Defendants MUY Pizza-Tejas, LLC, MUY Pizza Minnesota, LLC, and James Bodenstedt (collectively, the "MUY Defendants").

The proposed Settlement Agreement, attached as Exhibit 1, resolves the claims asserted on behalf of Minnesota delivery drivers against the MUY Defendants raised in this lawsuit. The MUY Defendants do not oppose this motion.

1

As explained further in the attached Memorandum of Law, Plaintiff requests that the Court:

(1) Certify the proposed settlement class for settlement purposes, pursuant to Fed. R. Civ. P. 23;

(2) Preliminarily approve the proposed settlement;

(3) Approve the content, form, and plan for distribution of the class notice;

(4) Preliminarily approve the service award for Plaintiff and Class Counsel's request for attorneys' fees and costs; and

(5) Schedule a fairness hearing for approximately 135-150 days after preliminary approval.

Respectfully submitted,

*/s/ Andrew Kimble*
Andrew R. Biller (*Pro Hac Vice*)
Andrew P. Kimble (*Pro Hac Vice*)
Biller & Kimble, LLC
8044 Montgomery Road, Suite 515
Cincinnati, OH 45236
Telephone: (513) 202-0710
Facsimile: (614) 340-4620
*abiller@billerkimble.com*
*akimble@billerkimble.com*

Corey W. Kobbervig (#0395472)
Kobbervig Law LLC
1624 Harmon Pl, Ste. 300G
Minneapolis, MN 55403
Telephone: (651) 357-0111
*corey@kobberviglaw.com*

*Counsel for Plaintiff and the putative class*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed electronically. The parties were served through the Court's electronic filing system.

*/s/ Andrew Kimble*
Andrew P. Kimble (*Pro Hac Vice*)
