UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John Stotesbery,<br><br>*On behalf of himself and those similarly situated*,<br><br>Plaintiff,<br>v.<br><br>Muy Pizza-Tejas, LLC, *et al.*,<br><br>Defendants. | Case No. 0:22-cv-01622-KMM-TNL<br><br>Judge Katherine M. Menendez<br><br>Magistrate Judge Tony N. Leung |

EXHIBIT INDEX FOR
PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS MUY PIZZA-TEJAS, LLC, MUY PIZZA MINNESOTA, LLC, AND JAMES BODENSTEDT

Pursuant to LR 7.1, Plaintiff provides this separate Exhibit Index for his Memorandum in Support of Unopposed Motion for Preliminary Approval of Class and Collective Action Settlement Between Plaintiff and Defendants MUY Pizza-Tejas, LLC, MUY Pizza Minnesota, LLC, and James Bodenstedt. The Exhibit attached to this Exhibit Index is as follows:

**Exhibit 1.** Settlement Agreement

Respectfully submitted,

*s/ Andrew Kimble.*
Andrew R. Biller *(Pro Hac Vice)*
Andrew P. Kimble *(Pro Hac Vice)*
Joseph Scherpenberg *(Pro Hac Vice)*
BILLER & KIMBLE, LLC
8044 Montgomery Rd., Ste. 515
Cincinnati, OH 45209
Telephone: (513) 452-3568
Facsimile: (614) 340-4620
*abiller@billerkimble.com*
*akimble@billerkimble.com*
*selswick@billerkimble.com*

www.billerkimble.com

Corey W. Kobbervig (#0395472)
KOBBERVIG LAW LLC
1624 Harmon Pl Ste 300G
Minneapolis, MN 55403
Telephone: (651) 357-0111
*corey@kobberviglaw.com*

www.KobbervigLaw.com


*Counsel for Plaintiff and the putative class*

## Certificate of Service

The undersigned hereby certifies that the above document was filed on March 28, 2024, through the Court's ECF system, which will provide notice to all parties.

*s/ Andrew Kimble*
Andrew P. Kimble *(Pro Hac Vice)*
